UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GERALD VON TOBEL,

Plaintiff,

v.

ISIDRO BACA et al.,

Defendants.

Case No. 3:17-cv-00161-RCJ-WGC

ORDER

**I.  DISCUSSION**

Plaintiff seeks a 45-day extension of time to file his first amended complaint. (ECF No. 5). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Wednesday, July 18, 2018. If Plaintiff fails to file a timely first amended complaint, this action shall proceed immediately against Defendants Brooks, Raymond, Drexler, Hannah, and Manning (Count I-unsafe prison conditions and violations of conditions of confinement) only. (*See* ECF No. 3 at 15).

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before Wednesday, July 18, 2018.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall proceed immediately against Defendants Brooks, Raymond, Drexler,

Hannah, and Manning (Count I-unsafe prison conditions and violations of conditions of confinement) only.

DATED THIS 1st day of June 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE