1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9   GERALD VON TOBEL,                        Case No.  3:17-cv-00161-RCJ-WGC

10                         Plaintiff,                      ORDER

11          v.

12  ISIDRO BACA et al.,

13                         Defendants.

14

## I.    DISCUSSION

Plaintiff seeks a second extension of time to file his first amended complaint "up tp and including August 2, 2018." (ECF No. 7 at 1).  The Court grants the motion for extension of time.  Plaintiff shall file his first amended complaint on or before Thursday, August 2, 2018.  If Plaintiff fails to file a timely first amended complaint, this action shall proceed immediately against Defendants Brooks, Raymond, Drexler, Hannah, and Manning (Count I-unsafe prison conditions and violations of conditions of confinement) only.  (*See* ECF No. 3 at 15).

## II.   CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 7) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before Thursday, August 2, 2018.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint,

1  this action shall proceed immediately against Defendants Brooks, Raymond, Drexler,
2  Hannah, and Manning (Count I-unsafe prison conditions and violations of conditions of
3  confinement) only.

5  DATED THIS _5th_ day of July 2018.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE