UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD VON TOBEL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, *et al*,<br>　　　　　　Defendants. | Case No.: 3:17-CV-00161-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 46) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 46[1]) entered on June 18, 2020, recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 34).   On June 24, 2020, in response to the Report and Recommendation (ECF No. 46) Plaintiff filed a Notice of Intent to Appeal (ECF No. 48).

　　　This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 46), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 34) is **GRANTED and DENIED IN PART** as follows:

**IT IS FURTHER ORDERED** that summary judgment is **GRANTED** as to Defendants **HANNAH** and **MANNING**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly as to Defendants **HANNAH** and **MANNING.**

**IT IS FURTHER ORDERED** that summary judgment is **GRANTED** as to the official capacity claims against Defendants **BROOKS** and **RAYMOND**.

**IT IS FURTHER ORDERED** that the Clerk of the court shall enter judgment accordingly as to Defendants **BROOKS** and **RAYMOND** with respect to the official capacity claims.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 34) is **DENIED** as to the individual capacity claims against Defendants **BROOKS** and **RAYMOND**.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2020.

ROBERT C. JONES
United States District Judge