1  AARON D. FORD
      Attorney General
2  ROST C. OLSEN, Bar No. 14410
      Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1209
   E-mail: rolsen@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Vince Brooks, Ronald Hannah,*
   *John Manning and Charles Raymond*
8

9                **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11  GERALD VON TOBEL,

12                         Plaintiff,          Case No.  3:17-cv-00161-RCJ-WGC

13  v.                                                        **ORDER TO**
                                                             **DISMISS**
14  ISIDRO BACA, et al.,

15                         Defendants.

16          It is hereby stipulated and agreed by and between Plaintiff, Gerald Von Tobel, and

17  all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney

18  General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

AARON D. FORD
Attorney General

By: _____

Gerald Von Tobel, Plaintiff
*Pro Se*

Rost C. Olsen, Bar No. 14410
Deputy Attorney General
Attorneys for Defendants

Dated: 2-18-21

Dated: 2/25/21

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: February 25 , 2021.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of February, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

GERALD VON TOBEL #86814
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General